Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

John P. Kristensen
California Bar No. 224132
(*Pro Hac Vice*)
Frank M. Mihalic, Jr.
California Bar No. 344691
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*kristensen@cz.law*
*fmihalic@cz.law*

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| ALEXIS EASTER, and JANASIA CRUMPLER, individually and on behalf of all others similarly situated, ) ) ) ) | Case No.: **8:22-cv-02590-RDB** |
| ) | |
| Plaintiffs, ) | **COLLECTIVE ACTION** |
| ) | |
| v. ) ) | **PLAINTIFF ALEXIS EASTER'S NOTICE OF LODGING AFTER** |
| ) | **ACCEPTANCE OF DEFENDANTS'** |
| PP&G, INC., dba NORMA JEANS NITE CLUB, a Maryland Corporation; and DOES 1 through 10, inclusive, ) ) ) | **OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68** |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

**COMES NOW** plaintiff Alexis Easter ("Plaintiff" "Ms. Easter") by and through undersigned counsel, and submits this Notice of Lodging re: Proposed Judgment pursuant to the Notice of Acceptance filed on August 11, 2023.

Respectfully submitted,

Dated: August 11, 2023

*/s/ John P. Kristensen*
John P. Kristensen (*Pro Hac Vice*)
Frank M. Mihalic, Jr. (*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
*kristensen@cz.law*
*fmihalic@cz.law*

Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on Friday, August 11, 2023, the foregoing document titled **PLAINTIFF ALEXIS EASTER'S NOTICE OF LODGING [PROPOSED] JUDGMENT AFTER ACCEPTANCE OF OFFER OF JUDGMENT; [PROPOSED] JUDGMENT** was served via CM/ECF upon the following parties pursuant to Fed. R. Civ. P. 5:

Peter A. Prevas
**PREVAS AND PREVAS**
309 North Charles Street
Suite 200
Baltimore, MD 21201
410-752-2340
Fax: 410-332-0474
*prevasandprevas@verizon.net*

**Counsel for Defendant**

Jeffrey R. Scholnick
**LAW OFFICE OF JEFFREY R. SCHOLNICK, P.A.**
9515 Deereco Rd., Suite 407
Timonium, Maryland 21093
410-494-9944
*jscholnick@scholnicklaw.com*

Kevin Finnegan
No. 13468
**GOLDBERG FINNEGAN CANNON, LLC**
8401 Colesville Road, # 630
Silver Spring, MD 20910
(301) 589-2999
*finnegan@goldbergfinnegan.com*
*kevfinegan@aol.com*

**Co-counsel for Plaintiff**

_____
*/s/ John P. Kristensen*
John P. Kristensen