Kevin Finnegan
Maryland Bar No. 13468
**GOLDBERG & FINNEGAN, LLC**
8401 Colesville Road, Suite 630
Silver Spring, Maryland 20910
Telephone: (301) 589-2999
*kfinnegan@goldbergfinnegan.com*

John P. Kristensen
California Bar No. 224132
(*Pro Hac Vice*)
Frank M. Mihalic, Jr.
California Bar No. 344691
(*Pro Hac Vice*)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: (310) 273-1230
Fax: (310) 858-1063
*kristensen@cz.law*
*fmihalic@cz.law*

**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

### DISTRICT OF MARYLAND – NORTHERN DIVISION

| | |
|---|---|
| ALEXIS EASTER, and JANASIA CRUMPLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PP&G, INC., dba NORMA JEANS NITE CLUB, a Maryland Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 8:22-cv-02590-RDB<br><br>**COLLECTIVE ACTION**<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF JANASIA CRUMPLER** |

---

**[PROPOSED] JUDGMENT IN FAVOR OF JANASIA CRUMPLER**

### [PROPOSED] JUDGMENT IN FAVOR OF JANASIA CRUMPLER PURSUANT TO OFFER OF JUDGMENT

On August 3, 2023, defendant PP&G, INC., dba NORMA JEANS NITE CLUB, served plaintiff JANASIA CRUMPLER with an Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68 in the amount of $38,750.00, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Crumpler's action.

In accordance with the Offer of Judgment and Notice of Acceptance, plaintiff JANASIA CRUMPLER shall have and recover against defendants PP&G, INC., dba NORMA JEANS NITE CLUB, the total sum of **THIRTY-EIGHT THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($38,750.00)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Crumpler's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for JANASIA CRUMPLER and against defendant PP&G, INC., dba NORMA JEANS NITE CLUB, for the total sum of **THIRTY-EIGHT THOUSAND SEVEN-HUNDRED FIFTY DOLLARS AND ZERO CENTS ($38,750.00)** inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Ms. Crumpler's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against Defendants.

**IT IS SO ORDERED.**

Dated: OCTOBER 3, 2023                    _____
                                          Honorable Richard D. Bennett
                                          United States District Judge